UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:                                                              Hon. John T. Gregg

AMANDA LYN SHARPE,                                  Case No. 21-01917

    Debtor.                                                        Chapter 7
_____/

### NOTICE OF § 341 FIRST MEETING OF CREDITORS AS ZOOM VIDEOCONFERENCE

Chapter 7 Trustee, Scott A. Chernich, hereby gives notice that the § 341 First Meeting of Creditors for AMANDA LYN SHARPE scheduled for September 17, 2021 at 11:00 a.m. will be held at the scheduled date and time but will be conducted via **Zoom videoconference** and telephone due to concerns about COVID-19/coronavirus. Debtors, creditors, counsel, and other interested parties can join the Zoom videoconference via the link and instructions below:

https://zoom.us/j/91665328326?pwd=bWh3TzhKdnpNUStPQml4QkFNbjBOUT09

**Meeting ID: 916 6532 8326**

**Passcode: 316084**

Alternatively, you may join the conference via telephone as follows:

**Dial: (312) 626-6799**

**Meeting ID: 916 6532 8326**

**Passcode: 316084**

Video participation through Zoom using the information above is preferred and strongly recommended.

Multiple meetings will be scheduled during the same hour. Upon being connected to the Zoom videoconference and/or conference call, all parties must **IMMEDIATELY MUTE THEIR LINES UNTIL THEIR CASE IS CALLED** by the Trustee. Parties do not need to announce their names until their case is called. Parties unable to connect to the Zoom

videoconference or the conference call should send an e-mail to schernich@fosterswift.com. Debtors are **not** required to be in the same physical location as their attorneys. All meetings will be recorded. Please contact the Trustee's Paralegal Nancy S. Robinson at (517) 371-8137 or nrobinson@fosterswift.com with questions or concerns.

| | |
|---|---|
| Dated: August 24, 2021 | /s/      Scott A. Chernich<br>Scott A. Chernich (P48893)<br>Chapter 7 Trustee<br>313 S. Washington Square<br>Lansing, MI 48933<br>(517) 371-8133; schernich@fosterswift.com |

13333:90000:100079738-1