UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In The Matter of:

Amanda Lyn Sharpe fka Amanda Lyn Montgomery

Debtor(s)
_____/

Chapter 7
21-01917-JTG
Judge Gregg

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO TOWNE MORTGAGE COMPANY

      This matter having come before this Court on the Motion of Towne Mortgage Company ("Creditor"), by and through its attorneys, Schneiderman & Sherman P.C., for relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

      IT IS HEREBY ORDERED that the Automatic Stay is terminated as to Creditor, its successors or assigns, as to the property located at 607 Maple St., Three Rivers, MI 49093, for the reasons set forth in Creditor's Motion; that F.R.B.P.4001(a)(3), is waived;

**END OF ORDER**

Prepared by:
Michael P. Hogan (P63074)
Schneiderman & Sherman, P.C.
23938 Research Drive, Suite 300
Farmington Hills, MI 48335

**Signed: September 29, 2021**




John T. Gregg
United States Bankruptcy Judge